THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAPLE LEE O'NEIL, Appellant.—Judgment unanimously affirmed. Memorandum: Viewed in the light most favorable to the People *(see, People v Ford,* 66 NY2d 428, 437), the evidence amply supports the verdict. Credibility of the witnesses was for the jury to resolve *(see, People v De Tore,* 34 NY2d 199, 206-207, *cert denied sub nom. Wedra v New York,* 419 US 1025; *People v Christian,* 139 AD2d 896, *lv denied* 71 NY2d 1024), and based upon our independent review of the record the verdict was not contrary to the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). Defendant waived his right to challenge the evidence seized from his apartment by failing to make a suppression motion *(see,* CPL 710.70 [3];

*People v Bertolo,* 65 NY2d 111, 121; *People v Martinez,* 105 AD2d 873, 874). In view of the court's curative instructions, the prosecutor's improper comments on summation did not deprive defendant of a fair trial. On this record defendant's sentence is not excessive. (Appeal from judgment of Monroe County Court, Connell, J.—robbery, first degree; grand larceny, fourth degree.) Present—Callahan, J. P., Doerr, Green, Balio and Davis, JJ.